UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBRA VANESSA WHITE,

                Plaintiff,

    v.

RELAY RESOURCE, GENERAL
SERVICES ADMINISTRATION,

             Defendants.

CASE NO. 2:19-cv-00284-JCC

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

      Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

      The Clerk is directed to send a copy of this Order to plaintiff.

      DATED this 27th day of February, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge