THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA VANESSA WHITE,<br><br>　　　　Plaintiff,<br>　v.<br><br>RELAY RESOURCE, *et al.*,<br><br>　　　　Defendants. | CASE NO. C19-0284-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to clarify and for reconsideration (Dkt. No. 9) of the Court's order regarding discovery and depositions (Dkt. No. 6). With regard to the motion for clarification, the order regarding discovery and depositions pertains to both named Defendants. (*See* Dkt. No. 6 at 1.)

"Motions for reconsideration are disfavored." W.D. Wash. Local Civ. R. 7(h)(1). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id*. Plaintiff has not met this standard. In her motion for reconsideration, Plaintiff asks the Court to "reconsider the requirement for an Order and instead enter an order extending discovery and deposition for ALL parties . . . ." (Dkt. No. 9 at

2.) But the Court has no "requirement for an Order" in its order regarding discovery and depositions. (*See* Dkt. No. 6.) Further, when the parties attend the status conference on June 18, 2019, the parties will agree to discovery and other case management deadlines. (*See* Dkt. No. 7.) Plaintiff's motion for reconsideration (Dkt. No. 9) is DENIED.

DATED this 12th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
