UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA VANESSA WHITE, | CASE NO. C19-0284-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RELAY RESOURCE, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion for an extension of time to respond to Defendant Relay Resources' motion to dismiss (Dkt. No. 17). The motion is GRANTED. Plaintiff shall respond to Defendant Relay Resources' motion to dismiss (Dkt. No. 15) by June 3, 2019. Defendant Relay Resources' reply to Plaintiff's response is due by June 7, 2019. The Clerk is DIRECTED to re-note Defendant Relay Resources' motion to dismiss (Dkt. No. 15) to June 7, 2019.

DATED this 7th day of May 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk