THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBRA VANESSA WHITE,

                Plaintiff,

    v.

RELAY RESOURCE, *et al.*,

                Defendants.

CASE NO. C19-0284-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motions for an extension of time (Dkt. Nos. 36, 37) to reply to Defendants' responses (Dkt. Nos. 32, 34) to Plaintiff's motion for partial summary judgment (Dkt. No. 28). The motions are GRANTED. Plaintiff shall reply to Defendants' responses by July 12, 2019. The Clerk is DIRECTED to re-note Plaintiff's motion for partial summary judgment (Dkt. No. 28) to July 12, 2019.

DATED this 8th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk