THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| DEBRA VANESSA WHITE, | CASE NO. C19-0284-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| RELAY RESOURCES, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to withdraw her motion for partial summary judgment (Dkt. No. 42). The motion is GRANTED in part and DENIED in part. Plaintiff's request to withdraw her pending motion for summary judgment (Dkt. No. 28) is GRANTED. The Clerk is DIRECTED to strike Docket Number 28.

Plaintiff's request to set a briefing schedule for future motions for summary judgment is DENIED. A deadline for dispositive motions will be set at today's status conference. And the briefing schedule will be set in accordance with Local Civil Rule 7(d).

//

//

//

MINUTE ORDER
C19-0284-JCC
PAGE - 1

1 | DATED this 16th day of July 2019.

                                        <u>William M. McCool</u>
                                        Clerk of Court

                                        <u>s/Tomas Hernandez</u>
                                        Deputy Clerk

MINUTE ORDER
C19-0284-JCC
PAGE - 2