THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA VANESSA WHITE, | CASE NO. C19-0284-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RELAY RESOURCE et al., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's revised motion for an extension of time (Dkt. No. 71). On July 31, 2019, Plaintiff filed an amended complaint (Dkt. No. 47). Defendants Relay Resource and General Services Administration subsequently filed separate motions to dismiss (Dkt. Nos. 52–53) to which Plaintiff has responded (Dkt. Nos. 54, 56). Now that those defendants have also filed replies to Plaintiff's responses (Dkt. Nos. 68, 70), Plaintiff appears to be asking for an extension of time to file a "response" to the defendants' replies. However, the Local Rules typically allow a plaintiff only one opportunity to respond to a motion to dismiss. *See* W.D. Wash. Local Civ. R. 7. The one exception appears in Local Rule 7(g), which authorizes a plaintiff to file a surreply to a reply brief. But that rule "strictly limit[s]" surreplies to addressing a request to strike material contained in a reply brief, and the rule also states that "a

surreply filed for any other reason will not be considered." W.D. Wash. Local Civ. R. 7(g)(2). Consequently, the Court DENIES Plaintiff's motion.

DATED this 11th day of September 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk