UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA VANESSA WHITE, | CASE NO. C19-0284-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RELAY RESOURCES and GENERAL SERVICES ADMINISTRATION, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On October 31, 2019, the Court issued an order denying Plaintiff leave to amend her complaint, striking her amended complaint, and dismissing CSDVRS, LLC ("ZVRS") from the case. (*See* Dkt. No. 82.) Lines 24–25 on page 4 of the order read, "These allegations do relate to ZVRS." The order should read, "These allegations do *not* relate to ZVRS." The Clerk is DIRECTED to file a corrected version of the order.

DATED this 31st day of October 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk