THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEBRA VANESSA WHITE,<br><br>        Plaintiff,<br><br>   v.<br><br>RELAY RESOURCES and GENERAL SERVICES ADMINISTRATION,<br><br>        Defendants. | CASE NO. C19-0284-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date and to amend the case schedule (Dkt. No. 87). The Court hereby GRANTS the motion and orders as follows:

1. The 5-day estimate jury trial is continued to October 13, 2020, at 9:30 a.m.;
2. The proposed pretrial order must be filed by October 6, 2020;
3. Trial briefs and proposed voir dire/jury instructions must be filed by October 9, 2020;
4. Discovery must be completed by June 15, 2020; and
5. Dispositive motions must be filed by July 15, 2020.

MINUTE ORDER
C19-0284-JCC
PAGE - 1

1 | DATED this 24th day of December 2019.

<u>William M. McCool</u><br>
Clerk of Court<br><br>
<u>s/Tomas Hernandez</u><br>
Deputy Clerk