THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA VANESSA WHITE, | CASE NO. C19-0284-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RELAY RESOURCES and GENERAL SERVICES ADMINISTRATION, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On February 14, 2020, the Court granted Defendant Relay Resources' motion to compel (Dkt. No. 92) and ordered Plaintiff to make reasonable efforts to provide documents responsive to Defendant's requests for production, to provide Defendant with the information requested in each of Defendant's interrogatories, and to provide Defendant with initial disclosures. (*See* Dkt. No. 99 at 5–6.) The Court gave Plaintiff 30 days to respond to Defendant's interrogatories, but it did not set a deadline for Plaintiff to respond to Defendant's requests for production or to provide initial disclosures. The Court hereby ORDERS Plaintiff to respond to Defendant's interrogatories and to provide initial disclosures by March 15, 2020. Failure to comply with this order may result in sanctions under

Rule 37, including dismissal of the matter.

DATED this 21st day of February 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk